UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY WALTERS,<br><br>    Plaintiff<br><br>v.<br><br>JOSEPH LOMBARDO and FRANCISCO V. AGUILAR,<br><br>    Defendants | Case No.: 2:24-cv-02040-APG-MDC<br><br>**Order Granting Motions to Extend Time**<br><br>[ECF Nos. 9, 10] |

I ORDER that the defendants' motions to extend time (ECF Nos. 9, 10) are GRANTED. The defendants' responses to the plaintiff's motion for preliminary injunction are due December 4, 2024.

DATED this 7th day of November, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE